**Appeal of ALFRED B. DAY.**                    **Docket No. 17.**

Appeal, being from claim for refund of tax paid before June 2, 1924, dismissed for lack of jurisdiction.

Submitted October 13, 1924; decided October 16, 1924.

No appearance for the taxpayer.

*Arthur H. Deibert, Esq.* (Nelson T. Hartson, Solicitor of Internal Revenue) for the Commissioner.

Before IVINS, KORNER, and MARQUETTE.

FINDINGS OF FACT.

The amount of taxes alleged by the taxpayer to be in controversy is less than $10,000.

The Commissioner's letter of July 17, 1924, from which the appeal was taken, rejected a claim for refund of a tax paid prior to June 2, 1924, and did not determine that there was any deficiency in tax, nor that any assessment should be made.

DECISION.

The petition is dismissed on the authority of the *Appeal of Everett Knitting Works*, 1 B. T. A., 5.